ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: May 31, 2018
START: 2:00 pm
END: 2:10 pm

DOCKET NO: 18-cv-01409

CASE: Xia v. Joe Asian Sushi Inc. et al

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☒ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Jian Hang |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Song Chen |
|  |  |
|  |  |

- ☐ _____ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephonic Cheeks hearing. The settlement agreement, as twice revised in response to the Court's directives, is fair and reasonable and was reached after arms-length negotiations. The settlement is approved.